932

In the Matter of Harry M. ALBRIGHT, Bankrupt. Robert P. Shick, Appellant.

No. 7775.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 10, 1941.

Decided Oct. 10, 1941.

Rehearing Denied Oct. 30, 1941.

Robert P. Shick, of Philadelphia, Pa., for appellant.

John H. Bertolet, (of Stevens & Lee) of Reading, Pa., for appellee.

Before MARIS, JONES and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed.

BURNDY ENGINEERING CO., Inc., Appellant, v. PENN–UNION ELECTRIC CORPORATION and Charles Stoeltzlen, Appellees.

No. 7758.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 9, 1941.

Decided Oct. 9, 1941.

Leo J. Linder, of New York City (Julius E. Foster, of Pittsburgh, Pa., and Harry Ernest Rubens, of New York City, on the brief), for appellant.

S. Y. Rossiter, of Erie, Pa. (Enoch C. Filer, of Erie, Pa., on the brief), for appellees.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the district court, 32 F. Supp. 671, is affirmed.

Fred SHIELDS v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2403.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1941.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee.

A. Mason BRUSCH ex rel. SET LEONG ING, Petitioner, Appellant, v. John F. MULCAHY, District Director of Immigration, etc., Respondent, Appellee.

No. 3716.

Circuit Court of Appeals, First Circuit.

Sept. 30, 1941.

Walter Bates Farr, of Boston, Mass., for appellant.

Edmund J. Brandon, U. S. Atty., and William J. Koen, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM.

Upon motion of appellee, assented to, it is ordered that this case be docketed, and it is further ordered that the appeal herein be, and the same hereby is, dismissed.